ALVAREZ ET AL., PETICIONARIOS, *v.* LÓPEZ ACOSTA, JUEZ DE
DISTRITO, GUAYAMA, DEMANDADO.

No. 331.—Resuelto enero 24, 1922.

La petición de *certiorari* en este caso alega varias cues-
tiones de procedimiento en oposición a la sentencia dictada
en desahucio en apelación, pero la impugnación afecta so-
lamente al razonamiento que tuvo la corte para llegar a su
conclusión. *Se resolvió:* que no habiendo el peticionario de-
mostrado infracción alguna de procedimiento en las alega-
ciones, juicio o sentencia, procede la anulación 'del auto.
El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

---

BERRÍOS, APELADO, *v.* LÓPEZ, APELANTE.

Corte de Distrito de San Juan, Primer Distrito.

No. 2591.—Resuelto en enero 24, 1922.

Moción de la apelada para desestimar la apelación con-
tra la resolución de octubre 6, 1921, ordenando la enmienda
de la exposición del caso. Apareciendo de los autos que la
transcripción se presentó en esta corte un día antes que
la moción, ésta resulta improcedente y se declara sin lugar.
El Juez Presidente Sr. del Toro, emitió la opinión del tri-
bunal.

---

GAZTAMBIDE, APELADA, *v.* FLORES, APELANTE.

Corte de Distrito de San Juan, Sección Primera.

No. 2519.—Resuelto enero 31, 1922.

No es bastante para resistir una moción de desestimación
de una apelación que lleva cinco años de entablada sin que
se haya radicado el *transcript,* el hecho de que está pen-
diente de aprobación la exposición del caso, trámite que el
apelante tampoco ha gestionado. *Desestimada la apelación.*
El Juez Presidente Sr. del Toro, emitió la opinión del tri-
bunal.